# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MACHELLE BITTON and** | : | **CIVIL ACTION** |
| **KHISHA BADGER, Individually and on** | : | |
| **behalf of all others similarly situated,** | : | |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | **NO. 17-2580** |
| | : | |
| **HEALTHCARE SERVICES GROUP,** | : | |
| **INC., and JD PALATINE, LLC,** | : | |
| *Defendants*. | : | |

## ORDER

**AND NOW**, this 1st day of February 2019, upon consideration of Defendant Healthcare Services Group, Inc.'s Motion to Dismiss Claim VI of the Second Amended Complaint and Compel Arbitration, or, in the Alternative, Stay Proceedings (ECF No. 38), Plaintiffs' Opposition to Defendant Healthcare Services Group, Inc.'s Motion to Dismiss Claim VI of the Second Amended Complaint and Compel Arbitration, or in the Alternative, to Stay Proceedings (ECF No. 53), oral argument held on this matter on December 6, 2018, and in accordance with the Court's accompanying Memorandum, it is hereby **ORDERED** and **DECREED** that Defendant Healthcare Services Group, Inc.'s Motion to Stay the Proceedings and Compel Arbitration (ECF No. 38) is **GRANTED**.

Accordingly, all matters as to Defendant Healthcare Services Group, Inc. are

stayed pending arbitration. A Rule to Show Cause Order regarding the status of the case as to Defendant JD Palatine will follow.

BY THE COURT:

_____
CHAD F. KENNEY, J.